1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |
6 | Attorneys for Plaintiff
UNITED STATES OF AMERICA
7 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Violation Notice Nos.: Please See Attachment "A" |
|---|---|
| Plaintiff, | |
| | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CASES AND RECALL OF WARRANTS AND/OR ABSTRACTS |
| IN RE: DISMISSAL OF CASES AND WARRANT/ABSTRACT RECALL | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to: 1) Dismiss the cases listed in Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants and/or abstracts associated with the cases listed in Attachment "A."

/ / /

/ / /

/ / /

/ / /

The United States believes that prosecution of the citations is no longer advisable or practicable due to lapse of time or insufficiency of evidence.

DATED: January 8, 2025

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that:

1)     The cases attached hereto in Attachment "A" are hereby dismissed; and

2)     Any outstanding warrants and/or abstracts are hereby recalled.

DATED: January __10__, 2025

                                                            HON. STANLEY A. BOONE
                                                            UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 1 | 1:16-po-00005-SAB | ERICKSON, CHASTI L | F4377364 F4377363 |
| 2 | 1:16-po-00014-SAB | PATTON, JEFFREY M | 3500159 3500160 |
| 3 | 1:16-po-00015-SAB | OROSCO, ANTHONY | 3500162 |
| 4 | 1:16-po-00043-SAB | SNOWDEN JR, ALBERT | 0989875 |
| 5 | 1:16-po-00061-SAB | REYES, SEBASTIAN J | 2701639 |
| 6 | 1:16-po-00066-SAB | REZA, DAVID ARTHUR | 2702188 |
| 7 | 1:16-po-00085-SAB | RUALES, WALTER | 4698866 |
| 8 | 1:16-po-00097-SAB | FORCUM, CRAIG | 3429758 |
| 9 | 1:16-po-00105-SAB | PEREIRA, ANANKHA DAWN | 5007037 |
| 10 | 1:16-po-00111-SAB | TOWNE, JEFFREY R | 4698834 |
| 11 | 1:16-po-00117-SAB | VARGAS-ABUNDIS, ROMAN | F4554975 |
| 12 | 1:16-po-00140-SAB | MADRID, RODERICK | 2701719 |
| 13 | 1:16-po-00219-BAM | FRIZALONE, ERIC PETER | 6044156 |
| 14 | 1:16-po-00223-BAM | HANNIG, MARCHON MARIE | 6237626 |
| 15 | 1:16-po-00228-BAM | MELGOZA, ERIC | FBEU0004 |
| 16 | 1:16-po-00238-BAM | READE, ROBERT | 6237627 |
| 17 | 1:16-po-00257-SAB | SALAZAR, JOSEPH | 6043708 |
| 18 | 1:16-po-00261-BAM | SCOTT, GUY | 4698643 |
| 19 | 1:16-po-00275-SAB | CASANOVA, DESARIE | F4853505 |
| 20 | 1:16-po-00290-SAB | GIRARTE, JOSE | F4887134 |
| 21 | 1:16-po-00317-SAB | MELVIN, DONALD | F4853418 |
| 22 | 1:16-po-00319-SAB | MILLER, SAMANTHA CHARLENE | F4853252 |
| 23 | 1:16-po-00323-SAB | MORRIS, DAVID | 6354729 |
| 24 | 1:16-po-00338-SAB | RIVERA, MONICA | F4851960 |
| 25 | 1:16-po-00343-SAB | SEURO, EDWARD F. | 6043884 |
| 26 | 1:16-po-00349-SAB | SWANSON, MICHAEL DAVEN | F4887019 |
| 27 | 1:16-po-00357-SAB | WILLIAMS, CHARLES | 6044053 |
| 28 | 1:16-po-00359-SAB | ZAVALA, YUZETH | F4852584 |
| 29 | 1:16-po-00360-SAB | CANTU, HILARIO | F4852585 |
| 30 | 1:16-po-00367-SAB | ACOSTA, MARLO ANGELITA | 6238383 |
| 31 | 1:16-po-00374-SAB | BETTENCOURT, BLAKE F | 6599648 |
| 32 | 1:16-po-00387-SAB | HAMPTON, ROBERT EARL | 6238380 |
| 33 | 1:16-po-00392-SAB | LEWIS, AUBREY | 6238382 |
| 34 | 1:16-po-00392-SAB | LEWIS, AUBREY | 6238381 |
| 35 | 1:16-po-00395-SAB | MALONE, BRYSON | 6238532 |
| 36 | 1:16-po-00396-SAB | MCCLENNY, STEPHEN REESE | F4851979 |

|    | ECF Case Number  | Defendant Name           | Violation                        |
|----|------------------|--------------------------|----------------------------------|
| 37 | 1:16-po-00402-SAB | PALMERIN, GILBERT        | 6238534                          |
| 38 | 1:16-po-00409-SAB | RILEY, TASHANNA          | 6043663                          |
| 39 | 1:16-po-00423-SAB | BOSCO, ANTONIO G         | F4853377                         |
| 40 | 1:17-po-00009-SAB | GROFFETTI, JOHNNY        | 6599701                          |
| 41 | 1:17-po-00024-SAB | POWELL III, ROBERT E     | 6238535                          |
| 42 | 1:17-po-00032-SAB | SILVIUS, CHESTER M       | 6238533                          |
| 43 | 1:17-po-00041-SAB | GRIJALVA, AMADOR CHARLES | 6354587                          |
| 44 | 1:17-po-00046-SAB | RESENDIZ, ANDRES         | 6354590                          |
| 45 | 1:17-po-00051-SAB | ESTRADA, JAZZMIN         | 6354651                          |
| 46 | 1:17-po-00053-SAB | DELEON JR, LORENZO L     | F4919676                         |
| 47 | 1:17-po-00096-SAB | GIESBRECHT, NATHAN       | 6286106                          |
| 48 | 1:17-po-00131-SAB | BOOHER, JAMES            | 6310044                          |
| 49 | 1:17-po-00164-SAB | GUTIERREZ, ANGEL         | F4852481                         |
| 50 | 1:17-po-00165-SAB | HERNANDEZ, JUAN JOSE     | F4853314<br>F4853315<br>F4853316 |
| 51 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA  | F4853318                         |
| 52 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA  | F4853317                         |
| 53 | 1:17-po-00179-SAB | OCHOA, ARTRO             | F4853795                         |
| 54 | 1:17-po-00181-SAB | PAVAN JR, STEVEN J       | 6044104                          |
| 55 | 1:17-po-00208-SAB | CARLIN, BENNY R          | F5375528                         |
| 56 | 1:17-po-00214-SAB | COSTA, MISTY DAWN        | 6238406                          |
| 57 | 1:17-po-00231-SAB | GOTFREY, MELINDA         | 6238407                          |
| 58 | 1:17-po-00245-SAB | LEWIS, SAMUEL            | 6043602                          |
| 59 | 1:17-po-00248-SAB | LOPEZ, ISAIAH J          | 6309946                          |
| 60 | 1:17-po-00272-SAB | SANDOVAL, ANTHONY        | F4853204                         |
| 61 | 1:17-po-00280-SAB | WILLS, KEVIN MATTHEW     | 6310149                          |
| 62 | 1:17-po-00293-EPG | DELEON MORATAYA, ALDRIN  | 6044531                          |
| 63 | 1:17-po-00299-EPG | HERNANDEZ, DAMMIAN A     | F4854244                         |
| 64 | 1:17-po-00303-EPG | LOPEZ, DAVID             | F4854243                         |
| 65 | 1:17-po-00311-EPG | RODRIGUEZ, CHRIS         | F4854233                         |
| 66 | 1:17-po-00313-EPG | SANCHEZ, ALEREDO         | F4854234                         |
| 67 | 1:17-po-00315-EPG | YU, XIAOXUE              | F4852046                         |
| 68 | 1:17-po-00342-SAB | MOUZIS, CHRIS            | F4853249                         |
| 69 | 1:17-po-00361-SAB | ZAYAS JR, JIMMY          | 6310210                          |
| 70 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C     | 6044331                          |
| 71 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C     | 6044330                          |
| 72 | 1:17-po-00374-SAB | CHAVEZ, JOHN M           | F4853269                         |
| 73 | 1:17-po-00376-SAB | CORTEZ, FRANCISCO        | 6044658                          |
| 74 | 1:17-po-00385-SAB | GUTIERREZ, LYZ           | F4854232                         |
| 75 | 1:17-po-00386-SAB | HUIZACHE CAPIRE, ALFREDO | 6044901<br>6044902               |

|     | ECF Case Number  | Defendant Name            | Violation                     |
|-----|------------------|---------------------------|-------------------------------|
| 76  | 1:17-po-00409-SAB | WASHINGTON, MALIK         | F4853245                      |
| 77  | 1:17-po-00409-SAB | WASHINGTON, MALIK         | F4853207                      |
| 78  | 1:18-po-00013-SAB | NEVAREZ, JOHNATHAN        | F5375544                      |
| 79  | 1:18-po-00022-SAB | KAPSASKIS, ANASTASIOS     | 6044588                       |
| 80  | 1:18-po-00045-SAB | LEANDRO-ONOFRE, MARCO     | 6004536                       |
| 81  | 1:18-po-00046-SAB | MAKARA, KAN               | 6354748                       |
| 82  | 1:18-po-00056-SAB | YRUEGAS, RYAN             | 6044514                       |
| 83  | 1:18-po-00086-SAB | HAMMERS, SKYLER J         | 6044523                       |
| 84  | 1:18-po-00099-SAB | WHITSON, DAVID I          | 6599927                       |
| 85  | 1:18-po-00100-SAB | DICKISON, ABAGAIL N       | 6599928                       |
| 86  | 1:18-po-00103-SAB | CROW, DONNY R             | 7476780                       |
| 87  | 1:18-po-00111-SAB | KRON, JOSHUA D.           | f5384505                      |
| 88  | 1:18-po-00111-SAB | KRON, JOSHUA D.           | F5384504                      |
| 89  | 1:18-po-00118-SAB | ARENAS, EREND             | 7476788                       |
| 90  | 1:18-po-00155-SAB | MENDOZA, JAVIER           | F5195364                      |
| 91  | 1:18-po-00161-SAB | MONTOYA, ANGEL D          | 7418201                       |
| 92  | 1:18-po-00171-SAB | RAYEZ, JASMIN             | 6310219                       |
| 93  | 1:18-po-00195-SAB | WOODS, LESSHAYONA         | 6238435                       |
| 94  | 1:18-po-00203-SAB | BROOKINS, MITCHELL DUANE  | 6044826<br>6044827<br>6044828 |
| 95  | 1:18-po-00204-SAB | BUKHARI, ERIC J           | 6599935                       |
| 96  | 1:18-po-00205-SAB | CANTU, MARIA SANTOS       | 7476757                       |
| 97  | 1:18-po-00211-SAB | CORRAL-RAMOS, IRIS M      | F5195367                      |
| 98  | 1:18-po-00212-SAB | COULSTON, JOSHUA B        | 6599932                       |
| 99  | 1:18-po-00214-SAB | DAVIS, JAMES D            | 6599933                       |
| 100 | 1:18-po-00222-SAB | FLOYD, CHRISTOPHER L      | 6355015                       |
| 101 | 1:18-po-00227-SAB | GONZALEZ, JUAN            | 7476826                       |
| 102 | 1:18-po-00228-SAB | GOMEZ, GILBERTO ARELLANO  | 7476832                       |
| 103 | 1:18-po-00230-SAB | GONZALEZ, MARTIN IRWIN    | 7418133                       |
| 104 | 1:18-po-00233-SAB | HERNANDEZ, OBERT A        | 7418082                       |
| 105 | 1:18-po-00242-SAB | KELSAY, MICHAEL C         | 6599934                       |
| 106 | 1:18-po-00250-SAB | MATANCILLAS, PATRICIO C   | 7476837                       |
| 107 | 1:18-po-00251-SAB | MAULION-AVALOS, ISMAEL    | 7476506                       |
| 108 | 1:18-po-00264-SAB | PARADA, ISABELA           | FBEU000J                      |
| 109 | 1:18-po-00265-SAB | PASION, MARI              | 7418331                       |
| 110 | 1:18-po-00267-SAB | PEREZ, HECTOR E           | 7476755                       |
| 111 | 1:18-po-00280-SAB | RODRIGUEZ, TINA           | 6096982                       |
| 112 | 1:18-po-00311-SAB | ROBINSON, NOAH            | 6044840                       |
| 113 | 1:18-po-00311-SAB | ROBINSON, NOAH            | 6044839                       |
| 114 | 1:18-po-00311-SAB | ROBINSON, NOAH            | 6044838                       |
| 115 | 1:18-po-00314-SAB | VACAREZ, ARNOLD           | 7418056                       |

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 116 | 1:18-po-00314-SAB | VACAREZ, ARNOLD | 7418052 |
| 117 | 1:18-po-00320-SAB | CAMPOS, DEBBIE G | 6635648 |
| 118 | 1:18-po-00323-SAB | ARECHIGA, ANGEL | 7476522 |
| 119 | 1:18-po-00334-SAB | ELLIS, RAYMOND | F5466461 |
| 120 | 1:18-po-00341-SAB | GUERRERO, MIA | 7476517 |
| 121 | 1:18-po-00349-SAB | LEWIS, CHAD | F5456957 |
| 122 | 1:18-po-00353-SAB | MARQUEZ, GABRIEL FELIX | F5456955 |
| 123 | 1:18-po-00356-SAB | MULLER, JONATHAN | 7476564 |
| 124 | 1:18-po-00365-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476571 |
| 125 | 1:18-po-00366-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476603 |
| 126 | 1:18-po-00373-SAB | SEE, NASIR | F4851892 |
| 127 | 1:18-po-00375-SAB | SHOALS, SHONTELL D | 7476553 |
| 128 | 1:18-po-00379-SAB | TORICK, REBECCA J | F5456967 |
| 129 | 1:18-po-00385-SAB | WEBB, LOUIS C | F5466468 |
| 130 | 1:18-po-00390-SAB | ALVARADO, JOSE N | F4926227 |
| 131 | 1:18-po-00392-SAB | ARANAVELIZ, LILIAN | 7418070 |
| 132 | 1:18-po-00394-SAB | BARRANCOGUTRON, BLANCA | F4851972 |
| 133 | 1:18-po-00418-SAB | MCCOWAN, JUSTEENDANIELLE M | FBEA00ES |
| 134 | 1:18-po-00419-SAB | SLIM, RON | FBEA00ER |
| 135 | 1:19-po-00013-SAB | CAMPBELL, RORY | 6096987 |
| 136 | 1:19-po-00021-SAB | JING, YAMIN | 6599903 |
| 137 | 1:19-po-00026-SAB | WADE, BOBBY R | 6238438 |
| 138 | 1:19-po-00033-SAB | BERRY, MARYANN C | 6599908 |
| 139 | 1:19-po-00052-SAB | HOLMGREN, CHANA | 6599915 |
| 140 | 1:19-po-00127-SAB | AGUILERA, DAVID L | 9174101 |
| 141 | 1:19-po-00134-SAB | BALDWIN, SCOTT A | 6096882 |
| 142 | 1:19-po-00143-SAB | CISNEROS, GABRIELA | 7476745 |
| 143 | 1:19-po-00148-SAB | ENNIS, PRESTON A | 9072579 |
| 144 | 1:19-po-00155-SAB | HOBBS, MICHAEL B | 8108276 |
| 145 | 1:19-po-00168-SAB | RAMSEY JR, KARL E | F5466076 |
| 146 | 1:19-po-00240-SAB | BROWN, STEVEN MICHAEL | F5466092 |
| 147 | 1:19-po-00258-SAB | IXQUIER, DOMINGO R | 9073277 |
| 148 | 1:19-po-00260-SAB | JOLLY, JUSTIN D | F5195805 |
| 149 | 1:19-po-00265-SAB | LOPEZCLARK, JACOB R | 9425762 |
| 150 | 1:19-po-00276-SAB | SANCHEZ, FRANCES R | 9143504 |
| 151 | 1:19-po-00300-SAB | EVENEDIKTOVA, ELENA E | 9073078 |
| 152 | 1:19-po-00303-SAB | GILLETTE, ALLAN | 9264733 |
| 153 | 1:19-po-00307-SAB | KATO, KEVIN N | F5466095 |
| 154 | 1:19-po-00309-SAB | MARTIN, DAVID | 9264734 |
| 155 | 1:19-po-00310-SAB | MURRAY, JASON | 9264704 |
| 156 | 1:19-po-00313-SAB | RACHOTAFOYA, RENEE R | 9264703 |
| 157 | 1:19-po-00319-SAB | KEMP, TONI | 6730162 |

|     | ECF Case Number  | Defendant Name          | Violation          |
| --- | ---------------- | ----------------------- | ------------------ |
| 158 | 1:20-po-00027-SAB | SALAZAR, BART A         | 9425768            |
| 159 | 1:20-po-00080-SAB | BURKETT, MICHAEL C      | 9264827            |
| 160 | 1:20-po-00087-SAB | CASAREZ, LLOYD P        | 9523766            |
| 161 | 1:20-po-00089-SAB | DYER, GARY LEE          | 9425853            |
| 162 | 1:20-po-00098-SAB | SMITH, JULIA H          | 9425851            |
| 163 | 1:20-po-00098-SAB | SMITH, JULIA H          | 9425852            |
| 164 | 1:20-po-00103-SAB | ESPARZA, ALFREDO        | F5384519           |
| 165 | 1:20-po-00104-SAB | HOGUE, BRIAN A          | 9425859            |
| 166 | 1:20-po-00116-SAB | BEJARANO, MATTHEW M     | F5456980           |
| 167 | 1:20-po-00118-SAB | BURGESON, MONTGOMERY C  | F5207918           |
| 168 | 1:20-po-00131-SAB | DURAN, CHARLES M        | F5456977           |
| 169 | 1:20-po-00146-SAB | LOPEZ, RICHARD LEE      | F5456979           |
| 170 | 1:20-po-00203-SAB | ENLOE, BURTON J         | 9454156            |
| 171 | 1:20-po-00217-SAB | MUSKRAT, DENNIS L       | F5466414           |
| 172 | 1:20-po-00281-SAB | SHERMAN, BRENT JAMES    | 9073707            |
| 173 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN      | F5384717           |
| 174 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN      | F5384718           |
| 175 | 1:20-po-00295-SAB | EBRON, LEONARD KIRK     | F5384657           |
| 176 | 1:20-po-00306-SAB | DE LEON LOPEZ, SAMUEL   | F5375495           |
| 177 | 1:20-po-00322-SAB | NENALARITA, OLGA        | F5375486           |
| 178 | 1:20-po-00339-SAB | SNOW, ERIC              | F5207684           |
| 179 | 1:20-po-00347-SAB | DAILEY, JACK            | F5335969<br>F5335970 |
| 180 | 1:20-po-00350-SAB | DIAZ, ALEJANDRO         | F5384730           |
| 181 | 1:20-po-00351-SAB | GARCIA, EDGAR           | F5384728           |
| 182 | 1:20-po-00352-SAB | MENNIG, BRIAN           | 9174126<br>9174127 |
| 183 | 1:20-po-00356-SAB | MARTINEZ, CAMERON       | F5340376           |